

# THE THIRTEENTH COURT OF APPEALS

13-16-00357-CV

Lety Robinson, Individually and d/b/a Kiss'l Flowers Shop, LLC
v.
Carlos Ochoa, Rosalinda R. Ochoa and Lorena Ochoa

On Appeal from the
County Court at Law No 2 of Cameron County, Texas
Trial Cause No. 2012-CCL-01426

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant, Lety Robinson, Individually and d/b/a Kiss'l Flowers Shop, LLC.

We further order this decision certified below for observance.

April 5, 2018